IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '14 — CV — 01211
(To be supplied by the court)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2014 APR 29  PM 4: 05

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

PRISCILLA P. HAMILTON, Plaintiff,

v.   BARTHOLOMEW O. BAAH            ,

Farmer Insurance Group,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

# COMPLAINT

(Rev. 07/06)

## PARTIES

1. Plaintiff **Priscilla Hamilton** is a citizen of **United States** who presently resides at the following address: **3672 5th AVE. Los Angeles, CA. 90018**

2. Defendant **Bartholomew O. Baah** is a citizen of _____ who live(s) at or is/are located at the following address:
   _____

3. Defendant _____ is a citizen of _____ who live(s) at or is/are located at the following address:
   _____

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   _____
   _____
   _____

5. Briefly state the background of your case:

(Rev. 07/06)  2

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

① I have the Paramedic EMS Patient Care Report. That States I was in the car when It was Hit

② I have a witness that seem the Accident on 4/30/11 at about 1600.

③ My Daughter and Son talk to Elena Vaccaro. and She stated that She told Farmers and MR. B. Baah that she did not see the Accident at ALL She did not hear Scares and her manager Stated She is Not a manager at 7-11 AND they did Not see the Accident Just seem Priscilla in the Store wanting for someone to come get her and the baby Girl.

④ There been some many mislead Statement make about the Accident from Farmers INS and Bartholomew Baah it Made my Life hard To Deal with all the pain I was in A the Time. I Just wanted to get better

(Rev. 07/06)                              3

**SECOND CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

⑤ I went to the hospital about 8 to 10 hours Latter on May 1, 2011 2:00 AM

⑥ Return to Los Angeles. by plane And went to the Dotor here on 5/4/11

⑦ Loss my Job before I could being Relesses to return to work.

⑧ I had two Job working ask A Dental Assistant. chair side Assiting back offies only From 10/05 to 05/11 wages 19.50 per hours and as a Care Provider for Charles Harding wages 9.65 per hour.

9 I Have loss more than 90,000.00 I loss of wages along with about 10,000.00 IN medical bills my credit have been damage by this Accident that I was in of 4/30/11. I was Like 250,000.00 For All my Pain and Under fair Treatment.

(Rev. 07/06)      4

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

My Life has change some much From That ONE DAY on April 30, 2011 I felt like leaving This world at times I could zip my Dress shave under my ~~Army~~ because of the pain in both shoulder. And To be treated so under fair. Did not help the Investigate. Do Not Ask to speak with Mr. McQueen At all. Mr. Baah made False statement to Me he said that he had Not Insurance. Unit I told him on 5/1/11 I went to the hospital that when he call back to give me him INS. Informate

(Rev. 07/06)            5

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

I Pray that the court ward me 250,000 for my Loss of Carees/Job and pain suffering I have had to indora some much from my Job to my credit and almost at one time homeless my Daughter still help me financial

Date: 4-29-14

_____
(Plaintiff's Original Signature)

3672 5th AVE
(Street Address)

Los Angeles, CA 90018
(City, State, ZIP)

323 251-7314
(Telephone Number)

(Rev. 07/06)                                6