**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01211-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

PRISCILLA P. HAMILTON,

    Plaintiff,

v.

BARTHOLOMEW O. BAAH, and
FARMER INSURANCE GROUP,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Priscilla Hamilton, currently resides in Los Angeles, California . Ms. Hamilton has submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order.  Ms. Hamilton will be directed to cure the following if she wishes to pursue her claims.  Any papers that Ms. Hamilton files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) ___ is not submitted
(2) ___ is not on proper form (must use the Court's current form)
(3) _X_ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ other:

**Complaint or Petition**:
(9) ___ is not submitted
(10) ___ is not on proper form (must use the Court's current form)
(11) ___ is missing an original signature by Plaintiff
(12) _X_ is incomplete
(13) ___ uses et al. instead of listing all parties in caption
(14) ___ names in caption do not match names in text
(15) _X_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) _X_ other: <u>Plaintiff has failed to state jurisdiction and brief background of case on Page Two.</u>

Accordingly, it is

ORDERED that Ms. Hamilton cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Ms. Hamilton files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Ms. Hamilton shall obtain the Court-approved forms used in filing a 28 U.S.C. § 1915 motion and affidavit and a complaint, along with the applicable instructions, at [www.cod.uscourts.gov](http://www.cod.uscourts.gov). It is

FURTHER ORDERED that if Ms. Hamilton fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 30, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge