IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01211-BNB

PRISCILLA P. HAMILTON,

    Plaintiff,

v.

FARMERS INSURANCE GROUP, and
BARTHOLOMEW O. BAAH,

    Defendants.

ORDER DRAWING CASE

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge and, if appropriate, to a **magistrate** judge.  *See* D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge and, if appropriate, to a **magistrate**  judge.

DATED June 2, 2014, at Denver, Colorado.

                              BY THE COURT:

                               s/ Boyd N. Boland
                              United States Magistrate Judge