IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01211-WJM-MJW

PRISCILLA P. HAMILTON,

Plaintiff,

v.

FARMERS INSURANCE GROUP and
BARTHOLOMEW O. BAAH,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      Plaintiff has moved for leave to file a second amended complaint.  (Docket No. 29.)  The purpose of the amendment is to identify the correct insurance companies in this car-accident case.

      As set forth in this Court's October 29, 2014, Report & Recommendation (Docket No. 28), Plaintiff cannot state a claim directly against Defendant Baah's insurers; she has a claim only against Defendant Baah.  (*See* Docket No. 28, p.3 & n.1.)  The proposed amendment is therefore futile.

      That said, District Judge William J. Martinez has not yet adopted the Report & Recommendation.  Accordingly, it is hereby ORDERED that:

- Plaintiff's motion for leave to file a second amended complaint (Docket No. 29) is DENIED WITHOUT PREJUDICE; and

- If Judge Martinez overrules the Report & Recommendation, finding that Plaintiff can properly state a claim against Defendant Baah's insurer, the Court will entertain a renewed motion for leave to file a second amended complaint.

Date: November 17, 2014