IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 14-cv-1211-WJM-MJW

PRISCILLA P. HAMILTON,

    Plaintiff,

v.

FARMER INSURANCE GROUP, and
BARTHOLOMEW O. BAAH,

    Defendants.

_____

**ORDER ADOPTING OCTOBER 29, 2014 RECOMMENDATION OF MAGISTRATE JUDGE AND GRANTING IN PART DEFENDANTS' MOTION TO DISMISS**
_____

    This matter is before the Court on the October 29, 2014 Recommendation of United States Magistrate Judge Michael J. Watanabe (the "Recommendation") (ECF No. 28) that Defendants' Motion to Dismiss (ECF No. 16) be granted in part and denied in part. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 28, at 4.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.[1]

---

[1] The Court notes that, after the Recommendation was issued, Plaintiff filed a "Motion to Amend & Correct Names & Sue Bristol West Insurance Company and Bristol West Insurance Group to Rule 15 of Docket No. 16 of Report & Recommendation." (ECF No. 29.) As this document does not reference any aspect of the Recommendation or otherwise challenge the Magistrate Judge's analysis, the Court does not consider it relevant to the Recommendation and, despite Plaintiff's *pro se* status, does not construe it as an objection.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 28) is ADOPTED in its entirety;

(2) Defendants' Motion to Dismiss (ECF No. 16) is GRANTED as to Defendant Farmers Insurance Group and DENIED as to Defendant Baah; and

(3) Defendant Farmers Insurance Group is hereby DISMISSED.  This action shall proceed only as to Defendant Baah.

Dated this 21st day of November 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge