**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.: 1:14-cv-01211-WJM-MJW

PRISCILLA P. HAMILTON

       Plaintiff,

  vs.

BARTHOLOMEW O. BAAH

       Defendant.

_____

**MOTION FOR SUBSTITUTION OF COUNSEL**
_____

      The Defendant, BARTHOLOMEW O. BAAH, through undersigned counsel, HUNTER & ASSOCIATES, notifies the Court and the other parties in this matter that Paul D. Dinkelmeyer is no longer associated with HUNTER & ASSOCIATES. Andrew T. Flynn is now the attorney for HUNTER & ASSOCIATES who will be representing Defendant, BARTHOLOMEW O. BAAH, in this matter.

Dated this 16th day of February, 2015.

HUNTER & ASSOCIATES

By: _____
Andrew Flynn, Esq.
Attorney for Defendant, Bartholomew O. Baah
Mailing Address
P.O. Box 258829
Oklahoma City, OK 73125
Physical Address
1801 Broadway, Suite 1300
Denver, CO 80202
(303) 675-4629

# CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing **MOTION FOR SUBSTITUTION OF COUNSEL** was served on February 16, 2015, to the following interested part(ies) by:

X  U.S. Mail, postage prepaid
☐  Hand Delivery
☐  Fax
☐  Electronic Service by LexisNexis File & Serve
X  Electronic Service by PACER


Priscilla P. Hamilton, Pro Se
3672 5th Avenue
Los Angeles, CA 90018


_____

14-343073

In accordance with C.R.C.P. 121 § 1-29(9), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the Court upon request.

2