# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  14-cv-01211-WJM-MJW | FTR - Courtroom A-502 |
| **Date:**   July 30, 2015 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| PRISCILLA P. HAMILTON, | *Pro Se* |
| Plaintiff(s), | |
| v. | |
| BARTHOLOMEW O. BAAH, | Christopher J. Metcalfe |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **FINAL PRETRIAL CONFERENCE / MOTION HEARING**
**Court in Session:**   11:00 a.m.
Court calls case.  Appearances of *Pro Se* plaintiff and defense counsel.

The Court raises Defendant Bartholomew O. Baah's Motion to Dismiss for Failure to Prosecute and Failure to Comply with Order of the Court  [Docket No. 41, filed May 29, 2015] for argument.   Discussion is held.

**It is ORDERED:**   Defendant Bartholomew O. Baah's MOTION TO DISMISS FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH ORDER OF THE COURT [Docket No. **41**, filed May 29, 2015]  is  **TAKEN  UNDER  ADVISEMENT.**   The court will issue its written Order.

Plaintiff tenders to the defense attorney a bound packet of disclosures and discovery.  It appears the disclosures and discovery are complete, and satisfy the items listed as missing by Defendant in the Motion to Dismiss for Failure to Prosecute and Failure to Comply with Order of the Court [Docket No. 41, filed May 29, 2015].

As no proposed Final Pretrial Order was filed, the Final Pretrial Conference is not held.

**It is ORDERED:**    A **FINAL PRETRIAL CONFERENCE** is set
**SEPTEMBER 03, 2015 at 11:00 a.m.**  (Mountain Time)
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed  **on or before   AUGUST 27, 2015**.

In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. Counsel/pro se parties shall prepare the proposedFinal Pretrial Conference in accordance with the form found in the forms section of the Court's website at www.cod.uscourts.gov . Defendant shall electronically file the proposed Scheduling Order as defense counsel has electronic court filing privileges.

It is clarified that Ms. Hamilton shall communicate with Lisa M. Hungerford and/or Christopher J. Metcalfe at the Hunter & Associates law firm, 1801 Broadway, Trinity Place, Suite 1300, Denver, CO 80202-3878, telephone number (303)298-1407. FAX (303) 297-8443
lisa.hungerford@farmersinsurance.com    christopher.metcalfe@farmersinsurance.com

Counsel are directed to respond to Plaintiff's telephone calls and/or emails without undue delay.

Hearing concluded.

**Court in recess:**   11:41 a.m.
Total In-Court Time 00: 41

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.