**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-1211-WJM-MJW

PRISCILLA P. HAMILTON,

    Plaintiff,

v.

FARMER INSURANCE GROUP, and
BARTHOLOMEW O. BAAH,

    Defendants.

---

**ORDER ADOPTING JULY 30, 2015 RECOMMENDATION OF MAGISTRATE JUDGE
AND DENYING DEFENDANT BATHOLOMEW O. BAAH'S MOTION TO DISMISS
FOR FAILURE TO PROSECUTE AND FAILURE TO
COMPLY WITH ORDER OF THE COURT**

---

This matter is before the Court on the July 30, 2015 Recommendation of United States Magistrate Judge Michael J. Watanabe ("Recommendation") (ECF No. 50) that Defendant Bartholomew O. Baah's Motion to Dismiss for Failure to Prosecute and Failure to Comply with Order of the Court (ECF No. 41) be denied. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.[1] (ECF No. 50 at 7.) Despite this advisement, no objections to the Magistrate Judge's

---

[1] The Court's internal records confirm that the Recommendation was electronically mailed to counsel for Defendant Baah, the party against whom the Recommendation runs.

Recommendation have to date been received.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

1. The Magistrate Judge's Recommendation (ECF No. 50) is ADOPTED in its entirety; and

2. Defendant Bartholomew O. Baah's Motion to Dismiss for Failure to Prosecute and Failure to Comply with Order of the Court (ECF No. 41) is DENIED.

Dated this 21st day of August, 2015.

BY THE COURT:

William J. Martinez
United States District Judge