IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:14-CV-01211-WJM-MJW

PRISCILLA P. HAMILTON,

    Plaintiff,

vs.

BARTHOLOMEW O. BAAH,

    Defendants.

---

**MOTION FOR DIMISSAL WITH PREJUDICE**

---

Pursuant to Rule 41(a)(1)(B), Colorado Rules of Civil Procedure, Plaintiff and Defendant hereby move that the above-captioned action be dismissed with prejudice, each party to pay their own costs and attorneys' fees.

HOGAN LOVELLS US LLP

_signature_

Andrew C. Lillie, Esq.
Elizabeth A. Och, Esq.
Nathaniel H. Nesbitt, Esq.
Katy Bonesio, Esq.
Attorneys for Plaintiff, Priscilla
    Hamilton
One Tabor Center
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Telephone: (303) 454-2538

Respectfully submitted,
*Signed Original on File at*
HUNTER & ASSOCIATES

_signature_

Lisa M. Hungerford, Esq.
Attorney for Defendant, Bartholomew O. Baah
P.O. Box 258829
Oklahoma City OK 73125-8829

1801 Broadway, Suite 1300
Denver, CO 80202-3878
Telephone: (303) 298-1407
Facsimile: (303) 297-8443

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing **MOTION FOR DISMISSAL WITH PREJUDICE** was served on the 31st day of August, 2016, to the following interested parties through the electronic notification of this filing on all counsel of record as follows:

Lisa Moore Hungerford
Hunter & Associates
1801 Broadway, Trinity Place, Suite 1300
Denver, CO 80202-3878
Phone: 303-298-1407
Fax: 303-297-8443
E-mail: lisa.hungerford@farmersinsurance.com
*Attorney for Defendant Bartholomew O. Baah*

Christopher James Metcalfe
Hunter & Associates
1801 Broadway, Trinity Place, Suite 1300
Denver, CO 80202-3878
Phone: 303-298-1407
E-mail: christopher.metcalfe@farmersinsurance.com
*Attorney for Defendants Bartholomew O. Baah*
*and Farmers Insurance Group*

                                                                                */s Andrew C. Lillie*